FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 FEB -2 AM 11: 42

CLERK_____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

SHEILA SMALLWOOD    )
            )
v.          )   CV 514-86
            )
TIMOTHY DALE DAVIS, et al  )

# O R D E R

The Plaintiff has filed a Verified Motion for Award of Costs and Attorneys' Fees

(doc 27 ).  This motion is hereby DENIED at this time.  The Plaintiff is not precluded

from refiling this motion at the conclusion of the above captioned case.

**SO ORDERED**, this _11_ day of February, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA